UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| CARLTON KNOWLES, | : | 26-cv-6498 (SHS) |
| Plaintiff, | : | ORDER OF DISMISSAL |
| MOCHITHINGS, LLC, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Plaintiff having notified the Court that the parties have settled [ECF Doc. No. 6],

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may reinstate this action in writing.

The Clerk of Court shall change the caption on ECF as set forth above.

Dated: New York, New York
September 2, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.